IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES EDWARD GRANT,

Plaintiff,

v.

DR. MICHAEL A. LAMARCA, DR. THO HUYNH.
DR. A. DANOS, K. JOHNSON, MANAGER – SBCC,
DR. TOMMY URBANOWICZ, and
ASSISTANT DENTAL DIRECTOR WOLFE,

Defendants.

OPINION and ORDER

26-cv-1004-jdp

---

Plaintiff James Edward Grant, proceeding without counsel, is incarcerated at John C. Burke Correctional Center. Under this court's sanctions, Grant can't file a new civil-rights complaint unless he alleges that he is in imminent danger of serious physical harm under 28 U.S.C. § 1915(g). I dismissed Grant's original complaint because it didn't comply with federal pleading rules. Dkt. 2. In particular, Grant didn't explain enough about the dental condition he is suffering from to tell whether it meets § 1915(g)'s imminent-danger standard, and he didn't explain what each defendant he names did or did not do that harmed him. *Id.* I gave Grant a chance to file a new complaint. *Id.*

Grant has now filed a new complaint in which he better explains the nature of his dental problem. But it isn't enough to meet the imminent-danger standard. Grant states that his front teeth are currently fitted with orthodontic brackets, but the wires have come off them. Under DOC policy, prison officials won't provide him orthodontic services. I do not take him to be saying that the brackets or wires themselves are directly hurting him. Rather, he states that without working brackets, he bites his lip, causing him pain. But biting one's lip is a common minor problem for persons with or without orthodontic devices; that isn't severe enough a

condition to meet § 1915(g)'s imminent-danger standard. Because Grant is barred from filing lawsuits that do not meet this standard, I will dismiss the case.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED.
2. The clerk of court is directed to enter judgment for defendants and close this case.
3. All pending motions are DENIED as moot.

Entered November 17, 2026.

BY THE COURT:

/s/

JAMES D. PETERSON
District Judge